IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN, | 1:12-cv-01001-GSA-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME |
| vs. | (Motion#17, also resolves Motions#15, #16) |
| TODD SPENCER, et al., | ORDER FOR CLERK TO SEND PLAINTIFF COPY OF DOCKET SHEET |
| Defendants. | THIRTY-DAY DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |
| _____ / | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 7, 2013, plaintiff filed a motion to extend time to file a first amended complaint. Plaintiff also requested a copy of the court docket for this action. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty (30) days from the date of service of this order in which to file a first amended complaint, pursuant to the order of December 13, 2012; and

2. The Clerk is directed to send to Plaintiff a copy of the court's docket for this action.

IT IS SO ORDERED.

Dated:   **January 10, 2013**                    /s/ **Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE