UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>            Plaintiff,<br><br>    vs.<br><br>S. DRISCOLL, et al.,<br><br>            Defendants. | 1:12-cv-01001 LJO GSA PC<br><br>FINDINGS AND RECOMMENDATION THAT DEFENDANTS SPENCER AND BLACKFORD BE DISMISSED FROM THIS ACTION<br><br>OBJECTIONS DUE IN TWENTY DAYS |

**I.      Screening Requirement**

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

By order filed April 9, 2015, the Court issued an order finding that the first amended complaint stated a claim against Defendant Driscoll for deliberate indifference to her serious medical needs, but failed to state a claim against Defendants Blackford and Spencer.  Plaintiff was provided an opportunity to either file a second amended complaint or notify the Court of her willingness to proceed on the claims found by the Court to be cognizable.  On May 13, 2015, Plaintiff filed a notice, indicating that she intends to proceed against Dr. Driscoll and that she "agrees to remove Todd Spencer, M.D. and Donald Blackford, M.D. from this complaint."

1  Accordingly, IT IS HEREBY RECOMMENDED that Defendants Todd Spencer and
2  Donald Blackford be dismissed.
3  These findings and recommendations are submitted to the United States District Judge
4  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).  Within twenty
5  days after being served with these findings and recommendations, Plaintiff may file written
6  objections with the Court.  Such a document should be captioned "Objections to Magistrate
7  Judge's Findings and Recommendations."  The parties are advised that failure to file objections
8  within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler,
9  772 F.3d 834 (9th Cir. 2014)(citing Baxter v. Sullivan, 923 F.2d 1394(9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 16, 2015**                       **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE