UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN, | 1:12-cv-01001-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 26.) |
| S. DRISCOLL, et al., | ORDER DISMISSING DEFENDANTS SPENCER AND BLACKFORD FROM THIS ACTION, FOR FAILURE TO STATE A CLAIM |
| Defendants. | |

Geraldine Darden ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case now proceeds on Plaintiff's First Amended Complaint filed on February 11, 2013. (Doc. 19.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 18, 2015, the Court entered Findings and Recommendations, recommending that defendants Spencer and Blackford be dismissed from this action based on Plaintiff's failure to state a claim. (Doc. 26.)  Plaintiff was provided an opportunity to file objections to the Findings and Recommendations within twenty days.  To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

1  the Court finds the Findings and Recommendations to be supported by the record and proper
2  analysis.
3       Accordingly, THE COURT HEREBY ORDERS that:
4    1.    The Findings and Recommendations issued by the Magistrate Judge on May 18,
5          2015, are ADOPTED in full;
6    2.    Defendants Spencer and Blackford are DISMISSED from this action based on
7          Plaintiff's failure to state any claims upon which relief may be granted against
8          her.

IT IS SO ORDERED.

  Dated:   **June 18, 2015**            **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE