# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>S. DRISCOLL, M.D., et al.,<br><br>　　　　Defendants. | 1:12-cv-01001-LJO-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br><br>**April 25, 2016 at 11:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference before Magistrate Judge Erica P. Grosjean on Monday, **April 25, 2016 at 11:00 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to informally discuss the status of this case, Plaintiff's request for time to amend the pleadings, and discovery including Plaintiff's Motion to Compel filed on March 4, 2016. (ECF No. 47.) The parties should not submit materials or argument in advance of the status conference. Counsel for Defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:  **March 31, 2016**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE