# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>S. DRISCOLL, M.D.,<br><br>　　　　Defendant. | 1:12-cv-01001-LJO-EPG-PC<br><br>NOTICE OF TELEPHONIC STATUS CONFERENCE AND HEARING ON MOTION FOR SUMMARY JUDGMENT, BEFORE MAGISTRATE JUDGE ERICA P. GROSJEAN<br>(Resolves ECF No. 68.)<br><br>**July 1, 2016 at 10:00 a.m.**<br>**Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

This case is now scheduled for a telephonic status conference and hearing on defendant Driscoll's motion for summary judgment, filed on March 24, 2016, before Magistrate Judge Erica P. Grosjean on **Friday, July 1, 2016 at 10:00 a.m. in Courtroom 10 (EPG).** The parties shall be prepared to discuss the status of this case and defendant Driscoll's pending motion for summary judgment. (ECF No. 50.) Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

Dated:　**June 23, 2016**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE