UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>TODD SPENCER, et al.,<br><br>        Defendants. | 1:12-cv-01001-EPG-PC<br><br>ORDER DIRECTING SERVICE OF SUBPOENA DUCES TECUM UPON SPENCER MEDICAL GROUP BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |

      This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Geraldine Darden, a state prisoner proceeding *pro se* and *in forma pauperis*. On July 8, 2016, the Court issued an order granting Plaintiff's motion for the issuance of a subpoena upon Spencer Medical Group, and providing the requisite notice to the parties that the Court intended, after ten days, to issue the subpoena and direct the United States Marshals Service to effect personal service. Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d). (ECF No. 78.)

      Accordingly, it is HEREBY ORDERED that:

    1.   The Clerk of the Court shall forward the following documents to the United States Marshals Service:

        a.   One (1) completed and issued subpoena *duces tecum* to be served on:

            **Todd Spencer Radiology Group**
            **1250 E. Almond Ave.**
            **Madera, CA  93637-5606**

        b.   One (1) completed USM-285 form; and

       c.    Two (2) copies of this order, one to accompany the subpoena and one for the Marshals Service.

2    Within **TWENTY (20) DAYS** from the date of this order, the Marshals Service is DIRECTED to serve the subpoena in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3.    The Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

4.    The Marshals Service SHALL effect **personal service** of the subpoena, along with a copy of this order, upon the entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5.    Within **TEN (10) DAYS** after personal service is effected, the Marshals Service SHALL file the return of service, along with the costs subsequently incurred in effecting service.  Said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated:  **July 26, 2016**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE