**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALDINE DARDEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT H. DRISCOLL,<br><br>　　　　　Defendant. | **Case No. 1:12-cv-01001-EPG (PC)**<br><br>**Appeal No. 17-15015**<br><br>**ORDER GRANTING MOTION FOR EXCERPTS OF RECORD AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPIES AND SERVE ORDER ON NINTH CIRCUIT COURT OF APPEALS**<br><br>(ECF No. 104) |

　　　Plaintiff Geraldine Darden, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 21, 2012. Summary judgment was granted and judgment was entered on behalf of Defendant Scott Driscoll on December 16, 2016. Plaintiff's appeal of the judgment is currently pending before the United States Court of Appeals for the Ninth Circuit.

　　　Pursuant to Circuit Rule 30-3, prisoners proceeding *pro se* are entitled to excerpts of record upon request to the district court and Plaintiff filed a motion seeking excerpts of the record on February 27, 2017. (ECF No. 104.) Plaintiff includes a list in her motion describing the specific documents that she would like the Court to provide.

　　　Accordingly, pursuant to Circuit Rule 30-3, it is HEREBY ORDERED that:

　　　1. Plaintiff's motion for excerpts of record, filed on February 27, 2017, is

1

1. GRANTED;
2. The Clerk's Office shall provide Plaintiff with a copy of the docket[1] and copies of the following docket numbers: 78, 79, 82, 83, 94, 95;[2] and
3. The Clerk's Office shall serve a courtesy copy of this order on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: **March 1, 2017**         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Court docket contains the full text of the minutes Plaintiff requests.

[2] Order Granting Plaintiff's Request for Issuance of Subpoena Duces Tecum to Spencer Medical Group (ECF No. 78); Order Granting Plaintiff's Request for Issuance of Subpoena Duces Tecum to R2 Technologies, Inc. (ECF No. 79); Order Directing Service of Subpoena Duces Tecum to R2 Technology (ECF No. 82); Order Directing Service of Subpoena Duces Tecum to Spencer Medical Group (ECF No. 83); Subpoena Returned Executed as to Todd Spencer (ECF No. 94); and Subpoena Returned Un-Executed as to R2 Technology (ECF No. 95).